THE BRONX DEFENDERS

July 21, 2026

By ECF
The Honorable Jeannette Vargas
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

MEMO ENDORSED

Re: *C.R. v. Mullin, et al.*, 1:26-cv-06016 (JAV)

Dear Judge Vargas:

This Office represents the Petitioner Y.C.R. in the above-referenced immigration habeas corpus action. The parties respectfully submit this joint letter pursuant the Court's July 16, 2026, Order (ECF No. 3). The parties agree that a hearing on July 22, 2026, is not required and that a briefing schedule is appropriate.

The parties propose that Respondents file a response to the petition on July 30th, 2026. Petitioner will file his reply on August 7, 2026.

The parties are in agreement that Petitioner was detained at the Orange County Correctional Facility (OCCF) in Goshen, NY at the time of filing the petition on July 16, 2026.

We thank the Court for its consideration of this letter.

Respectfully submitted,

JAY CLAYTON
United States Attorney for the
Southern District of New York

By: /s/ Tudor Neagu
TUDOR NEAGU
Assistant United States Attorney
86 Chambers Street, Third Floor
New York, New York 10007
Telephone: (646)-856-5190
E-mail: Tudor.Neagu@usdoj.gov
*Attorney for Respondents*

By: /s/ Nora Marie Christiani
The Bronx Defenders
360 East 161st Street

**SO ORDERED:**

Jeannette Vargas
The Honorable Jeannette A. Vargas
United States District Judge
Dated: July 21, 2026

The Bronx, New York 10451
Tel.: (929)-358-1708
E-mail: nchristiani@bronxdefenders.org
*Attorney for Petitioner*