UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **C.R.**<br>v.<br>**Mullin et al** | No. **26-cv-06016-JAV**<br><br>LAW STUDENT INTERN APPEARANCE FORM |

1. Law Student Certification

I certify that:

(a) I am duly enrolled in Benjamin N. Cardozo law school in accordance with part (3)(a) of the Plan for Student Practice of the Southern District of New York.

(b) I am receiving no compensation from the client in accordance with part (3)(f) of the Plan for Student Practice of the Southern District of New York.

(c) I am familiar and will comply with the Code of Professional Responsibility of the American Bar Association.

(d) I am familiar with the federal procedural and evidentiary rules relevant to the action in which I am appearing.

10/19/2026
(date)

SIGN HERE [signature]
(Signature of Student)

Yadhira Marmolejos Contreras
(Print Name)

2. Certification of Law School Dean or Authorized Designee

I certify that this student:

(a) has completed at least two semesters of law school work and is a participant in an approved clinical program;

(b) is qualified, to the best of my knowledge, to provide the legal representation permitted by this rule, and

(c) that Gina Starfield, who will serve as supervising attorney, is a participant in a clinical program approved by this school.

10/19/2026
(date)

SIGN HERE [signature]
(Signature of Dean or Authorized Designee)

Melanie Leslie
(Print Name)

Dean
(Position of Above)

3. Consent of Supervising Attorney

As a member of the bar of the United States District Court for the Southern District of New York, I will:

(a) assume personal professional responsibility for this student's work;
(b) assist this student to the extent necessary;
(c) authorize this student to appear in court or at other proceedings, and to prepare documents, and
(d) appear with this student in all proceedings before the Court.

10/19/2026
(date)

SIGN HERE
(Signature of Attorney)

Gina Starfield
(Print Name)

4. Consent of Client or United States Attorney

I authorize this student:

(a) to appear in court or at other proceedings on my behalf, and
(b) to prepare documents on my behalf.

I am aware that he/she is not admitted to the bar and that he/she will appear pursuant to the United States District Court, Southern District of New York, Student Practice Rule.

10/19/2026
(date)

SIGN HERE
(Signature of Attorney)

Gina Starfield
(Print Name)

(If more than one client is involved, approvals from each shall be attached. If a class action is involved, approvals from named plaintiffs shall be attached.)

5. Consent of Judge

I authorize this student:

(a) to appear in court or other proceedings on behalf of the above client, and
(b) to prepare documents on behalf of the above client.

October 20, 2026
(date)

SIGN HERE
(Signature of Judge)

Hon. Jeannette A. Vargas, USDJ
(Print Name)