UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

Y.C.R.,

Petitioner,

-v-

MARKWAYNE MULLIN, et al.,

Respondents.

---

26-CV-6016 (JAV)

ORDER

JEANNETTE A. VARGAS, United States District Judge:

Today, October 27, 2026, the Court held a hearing on Petitioner Y.C.R.'s petition for a writ of habeas corpus. ECF No. 1. For the reasons stated on the record, Plaintiff's petition is GRANTED IN PART and DENIED IN PART.

As orally ordered at today's hearing, Petitioner is ordered conditionally released unless Respondents comply with the following instruction: within seven calendar days of this Order, the immigration court must hold a bond hearing at which the Government bears the burden of proving, by clear and convincing evidence, that Petitioner is a danger to the community or a flight risk, and in determining whether to grant bond, the Immigration Judge ("IJ") must consider the availability of alternative conditions of release, and in determining the amount of any bond imposed, the IJ shall consider the Petitioner's ability to pay. Respondents may move for an extension of time in which to hold such a bond hearing for good cause shown.

The Clerk of Court is directed to enter judgment in accordance with this Order and to close the case.

SO ORDERED.

Dated: October 28, 2026
New York, New York

JEANNETTE A. VARGAS
United States District Judge