UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------------X

Y.C.R.,

Petitioner,

-v-

MARKWAYNE MULLIN, et al.,

Respondents.

---------------------------------------------------------------------X

26-CV-6016 (JAV)

ORDER

JEANNETTE A. VARGAS, United States District Judge:

On October 27, 2026, after normal business hours, the Court received a letter from Petitioner's counsel seeking a modification of the Court's October 27, 2026 Order seeking an extension of the deadline by which the bond hearing must take place. Petitioner's request is GRANTED. The bond hearing must be held in immigration court by **November 19, 2026**.

SO ORDERED.

Dated: October 28, 2026
New York, New York

JEANNETTE A. VARGAS
United States District Judge