UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Y.C.R.,

Petitioner,

-against-

MARKWAYNE MULLIN, ET AL.,

Respondents.

26 CIVIL 06016 (JAV)

# **JUDGMENT**

It is hereby ORDERED, ADJUDGED AND DECREED: That for the reasons stated in the Court's Order Doc. 27 dated October 28, 2026, and the Court's Order Doc. 28 dated October 28, 2026, t Plaintiff's petition is GRANTED IN PART and DENIED IN PART; the Court orders Respondents to provide him with a bond hearing. The bond hearing must be held in immigration court by November 19, 2026; accordingly, the case is closed.

**Dated:** New York, New York
October 29, 2026

**TAMMI M. HELLWIG**
**Clerk of Court**

**BY:**

**Deputy Clerk**